UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-06038-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENNIS L. BRAYBOY,

    Defendant,
_____/

**NIGHT BOX FILED**

MAR 2 0 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause without prejudice as to the defendant, Dennis L. Brayboy, pursuant to Federal Rule of Civil Procedure 41(a)(1).

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

BY: _____
    MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    Bar No. A5500282
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9376
    Fax No. (305) 530-7195

DATED  3/20/00

