UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6038-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENNIS L. BRAYBOY,

    Defendant.
_____/

FILED by ___ D.C.
MAR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal [filed March 20, 2000]. The Court has carefully reviewed the file and is otherwise fully advised in the premises.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**;
2. All pending motions in this case are hereby **DENIED AS MOOT**;
3. The Clerk shall close this case;
4. Counsel for plaintiff shall forward by mail a copy of this Order to defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Mary Dooley, AUSA

