A F F I D A V I T O F S E R V I C E

CASE NO. 00 6038 CIV DIMITROU[illegible]

TO BE SERVED

DENNIS L. DRAYDY
[illegible] AVENUE
DELRAY BEACH, FLORIDA 33444 1700

COURT

IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
VS.
DENNIS L. DRAYDY

WRIT
SUMMONS IN A CIVIL ACTION

SERVED FOR

[illegible], AUSA
[illegible] STREET, [illegible]
MIAMI, FLORIDA [illegible]

INFORMATION

Court Date :
Court Time :
Witness Fee :
Doc. Type : Original

[illegible] PM [illegible] 03/00 [illegible] FLORIDA.

[illegible]
AT: [illegible]
DELRAY BEACH, FLORIDA

[illegible]

By [illegible] of this writ, [illegible] of service endorsed [illegible] pleading [illegible] at the within named person's usual place of abode, with a member of said household above the age of fifteen years to wit:

ANDREA DRAYDY
WIFE

and informing such person of their contents.

[illegible]

[illegible] AVENUE, DELRAY BEACH, FLORIDA

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(?) Florida R.C.P., and Rule 4(?) Federal R.C.P., and Rule 4(?), [illegible] [illegible]

PROCESS SERVER: BARRY [illegible]
[illegible] & [illegible] (305) 374 3400
[illegible] 250215

The foregoing instrument was acknowledged before me this [illegible] day of March 2000 by BARRY [illegible], who is personally known to me, or who has produced N/A as identification and who DID take an oath.

BRENDA TAYLOR
My Commission # CC 815829
Expires March 8, 2003
1-800-3-NOTARY Fla. Notary Service & Bonding Co.

[illegible]

00 APR -3 AM 9:28
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

*AO 88 (Rev. 11/91) Summons in a Civil Action*

# *UNITED STATES DISTRICT COURT*

***SOUTHERN DISTRICT OF FLORIDA***

***SUMMONS IN A CIVIL ACTION***

***United States of America***

***Case Number:***

***99 NE 4TH STREET***
***3RD FLOOR***
***MIAMI, FL 33132-2111***

***v.***

***DENNIS L. BRAYBOY***
***310 NW 4TH AVE***
***DEERFIELD BEACH, FL 334411728***

***TO:*** *(Name and Address of Defendant)*

***DENNIS L. BRAYBOY***
***310 NW 4TH AVE***
***DEERFIELD BEACH, FL 334411728***

***YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney*

***Mary F. Dooley***
***Assistant United States Attorney***
***99 NE 4TH STREET***
***3RD FLOOR***
***MIAMI, FL 33132-2111***

***an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.***

JAN 07 2000

***Clarence Maddox CLERK*** ______________________ ***DATE***

______________________
***(BY) DEPUTY CLERK***